E-filed in the Office of the Clerk
for the Business Court of Texas
8/15/2025 4:33 PM
Accepted by: Alexis Jennings
Case Number: 25-BC01B-0006

## CAUSE NO. 25-BC01B-0006

RIVERSIDE STRATEGIC
CAPITAL FUND I, L.P., *et al.*,

    *Plaintiffs,*

v.

CLG INVESTMENTS, LLC, *et al.*,

    *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§

IN THE TEXAS
BUSINESS COURT

FIRST DIVISION 1B

## PLAINTIFFS' NOTICE OF APPEAL

COMES NOW, Riverside Strategic Capital Fund I, L.P., RSCF Blocker True Health, LLC, and RSCF I-A Blocker True Health, LLC (collectively, "Plaintiffs") and pursuant to Tex. R. App. P. 25.1, state their desire and intention to appeal from the Order Nunc Pro Tunc granting the Motion for Summary Judgment by Defendants Fernando De Leon, LCG Ventures, LLC, LCG Ventures II, LLC, and Leon Capital Partners, LLC, and the joinder in that motion by Defendants CLG Investments, LLC, Christopher Grottenthaler, Covert Investment Operations, LLC, True Health Diagnostic Management, LLC, Richard Covert, Timothy Tatarowicz, Alba Durata, LLC, Melinda Milburn, Jack Novak, and Dana Hovind, entered and signed on July 10, 2025, and the Order granting the

Special Appearance of Defendants Tom Wippman, Mark Thomas Smith, Alexandra Nettesheim, Kyle Nettesheim, Robert Osterhoff, RJ Investments, Matt Milburn, Michael Clements, Michael Osterhoff, Karen Miller, Edward McCann, Daniel Grottenthaler, Anita Grottenthaler, Christian Richards, Christopher Kling, Kevin Nellis, Carol Nellis, Bruce Zivian, Ryan Nellis, and Ancelmo E. Lopes, entered and signed on July 17, 2025, by the Honorable Bill Whitehill, in Cause No. 25-BC01B-0006, styled *Riverside Strategic Capital Fund I, L.P., et al., v. CLG Investments, LLC, et al.* True and correct copies of these Orders are attached to this Notice as Exhibit 1 and Exhibit 2 respectively. These two Orders combined dispose of all parties and all causes of action.

Plaintiffs desire to and are appealing to the Fifteenth Court of Appeals sitting in Austin, Texas. The Fifteenth Court of Appeals has jurisdiction over this appeal as this is an appeal from the Business Court. *See* Tex. Gov't Code § 25A.007.

Respectfully submitted,

_____

**ROGGE DUNN**
State Bar No. 06249500

E-mail: Dunn@RoggeDunnGroup.com

**LANE M. WEBSTER**
State Bar No. 24089042

E-mail: Webster@RoggeDunnGroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street
Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**WILLIAM SAVITT** (*pro hac vice*)
Email: WDSavitt@wlrk.com

**ADAM M. GOGOLAK** (*pro hac vice*)
Email: AMGogolak@wlrk.com

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record pursuant to the Rules on this 15th day of August, 2025.

_____
ROGGE DUNN
LANE M. WEBSTER



The Business Court of Texas,
1st Division

| | | |
|---|---|---|
| RIVERSIDE STRATEGIC CAPITAL FUND I, L.P.; RSCF BLOCKER TRUE HEALTH, LLC; and RSCF I-A BLOCKER TRUE HEALTH, LLC, *Plaintiffs*, <br><br> v. <br><br> CLG INVESTMENTS, LLC; CHRISTOPHER GROTTENTHALER; COVERT INVESTMENT OPERATIONS, LLC; TRUE HEALTH DIAGNOSTIC MANAGEMENT LLC; L. RICHARD COVERT; LCG VENTURES II, LLC; FERNANDO DE LEON; TIMOTHY TATROWICZ ALBA DURATA, LLC; TOM D. WIPPMAN, in his capacity as TRUSTEE OF THE TOM D. WIPPMAN REVOCABLE TRUST; MARK THOMAS SMITH; ALEXANDRA NETTESHEIM; KYLE NETTESHEIM; ROBERT J. OSTERHOFF; RJ INVESTMENTS; MATT MILBURN; MICHAEL A. CLEMENTS; MICHAEL OSTERHOFF; MELINDA L. MILBURN; KAREN A. MILLER; JACK NOVAK; EDWARD MCCAN; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Cause No. 25-BC01B-0006 |

EXHIBIT
1

DANIEL GROTTENTHALER; §
ANITA GROTTENTHALER; DANA §
M. HOVIND; CHRISTIAN §
RICHARDS; CHRISTOPHER W. §
KLING; in his capacity as TRUSTEE §
OF CHRISTOPHER W. & MARISSA §
M. KLING REV TRUST U/A/D §
5/11/2012; KEVIN M. NELLIS; §
CAROL A. NELLIS; BRUCE §
ZIVIAN; RYAN NELLIS; and §
ANCELMO E. LOPES, *Defendants* §

## ORDER NUNC PRO TUNC

Before the court is the April 4, 2025, Motion for Summary Judgment by Fernando De Leon, LCG Ventures, LLC, LCG Ventures II, LLC, and Leon Capital Partners, LLC and the May 27, 2025, joinder in that motion by CLG Investments, LLC, Christopher Grottenthaler, Covert Investment Operations, LLC, True Health Diagnostic Management, LLC, Richard Covert, Timothy Tatarowicz, Alba Durata, LLC, Melinda Milburn, Jack Novak, and Dana Hovind. Having considered the pleadings, plaintiffs' response and their motion for continuance, the summary judgment evidence, and the parties' briefing and oral argument heard on July 3, 2025, the court concludes as follows:

Defendants conclusively established that all of plaintiffs' causes of action accrued no later than December 6, 2019—when the related bankruptcy proceedings were substantially consummated (Pet. ¶ 77)—more than for years before the filing of this action. Therefore, all of plaintiffs' claims against the above-listed defendants are barred under the applicable statutes of limitations.

Further, plaintiffs did not raise a genuine issue of material fact concerning fraudulent concealment after that date. Therefore, the statutes of limitations were not tolled between that date and the filing of this action.

Additionally, plaintiffs did not carry their burden of establishing grounds supporting their motion for continuance.

Accordingly, because December 6, 2019, is more than four years before this lawsuit was filed on January 23, 2025, causes of action against the above-listed defendants are barred by the applicable statutes of limitations and are dismissed with prejudice.

So ORDERED.

_____
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED: July 10, 2025



The Business Court of Texas,
1st Division

| | | |
|---|---|---|
| RIVERSIDE STRATEGIC CAPITAL FUND I, L.P.; RSCF BLOCKER TRUE HEALTH, LLC; and RSCF I-A BLOCKER TRUE HEALTH, LLC, *Plaintiffs*,<br><br>v.<br><br>CLG INVESTMENTS, LLC; CHRISTOPHER GROTTENTHALER; COVERT INVESTMENT OPERATIONS, LLC; TRUE HEALTH DIAGNOSTIC MANAGEMENT LLC; L. RICHARD COVERT; LCG VENTURES II, LLC; FERNANDO DE LEON; TIMOTHY TATROWICZ ALBA DURATA, LLC; TOM D. WIPPMAN, in his capacity as TRUSTEE OF THE TOM D. WIPPMAN REVOCABLE TRUST; MARK THOMAS SMITH; ALEXANDRA NETTESHEIM; KYLE NETTESHEIM; ROBERT J. OSTERHOFF; RJ INVESTMENTS; MATT MILBURN; MICHAEL A. CLEMENTS; MICHAEL OSTERHOFF; MELINDA L. MILBURN; KAREN A. MILLER; JACK NOVAK; EDWARD MCCAN; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Cause No. 25-BC01B-0006 |

EXHIBIT
2

DANIEL GROTTENTHALER; §
ANITA GROTTENTHALER; DANA §
M. HOVIND; CHRISTIAN §
RICHARDS; CHRISTOPHER W. §
KLING; in his capacity as TRUSTEE §
OF CHRISTOPHER W. & MARISSA §
M. KLING REV TRUST U/A/D §
5/11/2012; KEVIN M. NELLIS; §
CAROL A. NELLIS; BRUCE §
ZIVIAN; RYAN NELLIS; and §
ANCELMO E. LOPES, *Defendants* §

═══════════════════════════════════════

## ORDER

═══════════════════════════════════════

Before the court is the March 31, 2025, Special Appearance of Defendants Tom Wippman, Mark Thomas Smith, Alexandra Nettesheim, Kyle Nettesheim, Robert Osterhoff, RJ Investments, Matt Milburn, Michael Clements, Michael Osterhoff, Karen Miller, Edward McCann, Daniel Grottenthaler, Anita Grottenthaler, Christian Richards, Christopher Kling, Kevin Nellis, Carol Nellis, Bruce Zivian, Ryan Nellis, and Ancelmo E. Lopes (Out-of-State Defendants). The court considered the pleadings, the briefing, the evidence on file, and oral argument heard on July 15, 2025.

Based on the above, the court grants the Out-of-State Defendants' Special Appearance and dismisses the claims against them.

So ORDERED.

Opinion to follow.

_BILL WHITEHILL_
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED:  July 17, 2025

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rogge Dunn
Bar No. 6249500
dunn@RoggeDunnGroup.com
Envelope ID: 104456284
Filing Code Description: Notice of Appeal
Filing Description: Plaintiff's Notice of Appeal
Status as of 8/18/2025 8:11 AM CST

Associated Case Party: Riverside Stategic Capital Fund I, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 8/15/2025 4:33:57 PM | SENT |
| Rogge Dunn | | Dunn@RoggeDunnGroup.com | 8/15/2025 4:33:57 PM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 8/15/2025 4:33:57 PM | SENT |
| Adam Gogolak | | amgogolak@wlrk.com | 8/15/2025 4:33:57 PM | SENT |
| William Savitt | | wdsavitt@wlrk.com | 8/15/2025 4:33:57 PM | SENT |
| Michael Avi-Yonah | | MSAviYonah@wlrk.com | 8/15/2025 4:33:57 PM | SENT |

Associated Case Party: CLG Investments, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan Downton | | ryan@thetexastrialgroup.com | 8/15/2025 4:33:57 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Morgan DMeyer | | morgan.meyer@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |
| Camille Youngblood | | camille.youngblood@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |
| Chinar Hassan | | chinar.hassan@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |
| Ashley A.Hutcheson | | ashley.hutcheson@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 8/15/2025 4:33:57 PM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rogge Dunn
Bar No. 6249500
dunn@RoggeDunnGroup.com
Envelope ID: 104456284
Filing Code Description: Notice of Appeal
Filing Description: Plaintiff's Notice of Appeal
Status as of 8/18/2025 8:11 AM CST

Case Contacts

| Barb Morgan | | barb.morgan@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |
|---|---|---|---|---|
| Karina Enriquez | | karina.enriquez@wickphillips.com | 8/15/2025 4:33:57 PM | SENT |